ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Justin R. Shinnefield, State Bar No. 199036
Marlon C. Wadlington, State Bar No. 192138
Sundee M. Johnson, State Bar No. 226414
17871 Park Plaza Drive
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for GARDEN GROVE
UNIFIED SCHOOL DISTRICT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN GROVE UNIFIED SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>vs.<br><br>ALEXIS BAQUERIZO,<br><br>             Defendant. | CASE NO.: SA CV08-1041 RSWL (CWx)<br><br>**ORDER IN SUPPORT OF REQUEST FOR DISMISSAL**<br><br>[Fees Exemption: Gov. Code § 6103] |

Three lawsuits were consolidated before the Honorable Judge Ronald S. Lew and all arise out of a due process decision ("Decision") in Office of Administrative Hearing ("OAH") Case No. N2007080547. The initial lawsuit is entitled Alexis *Baquerizo v. Garden Grove Unified School District*, Case Number CV08-05047 RSWL (CWx), and requests that the Federal District Court ("Court") award Plaintiff attorney's fees and costs as a prevailing party. The Garden Grove Unified School District ("District") filed a separate appeal of the Decision requesting a partial reversal of the ALJ's Decision. That Case Number is SACV 08-1041 RSWL (CWx). The District's appeal requested that the Court overturn the ALJ's ruling as to the issues found in favor of Carlos Baquerizo ("Student").

The Law Offices Tania Whiteleather, on behalf of Alexis Baquerizo, filed a third action requesting that the Court to reverse all issues in the Decision that were decided in favor of the District. That case number is SACV 08-01047 RSWL (CWx).

Recently, the parties to the above actions settled Case No. CV 08-05047 and are in the process of securing closing documents and exchanging the settlement proceeds. In settling Case No. CV 08-05047, the District and Plaintiff Alexis Baquerizo compromised on an amount they agreed to compensate Plaintiff for the amounts she is owed if the ALJ's ruling was correct. In essence, by paying the amount it deemed Plaintiff's action to be worth, the District mooted any further litigation in Case No. SACV 08-01041 RSWL (CWx), which requested that the Decision be overturned in its favor, and that Plaintiff be awarded no compensation.

The District now requests that this Court dismiss Case No. SACV 08-01041 RSWL (CWx), as moot.

Having read the papers submitted with the Request for Dismissal in Case No. SACV 08-01041 RSWL (CWx), the Court Hereby dismisses the action with prejudice.

DATED: May 20, 2009

/ S /

HON. RONALD S. W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE